IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PAUL BROWNSTEIN; and JONI BROWNSTEIN, <br><br> Plaintiffs, <br><br> v. <br><br> WORLDWIDE MOVING SYSTEMS, LLC; and NORTH AMERICAN VAN LINES, INC., <br><br> Defendants. | CIVIL ACTION NO.: 4:23-cv-255 |

**O R D E R**

Before the Court is a Stipulation of Dismissal signed and filed by counsel for Plaintiffs and counsel for Defendants on November 28, 2023, wherein the parties state that they stipulate to the dismissal without prejudice of the claims against Defendant Worldwide Moving Systems, LLC, and that the stipulate to the dismissal with prejudice of the claims against Defendant North American Van Lines, Inc. (Doc. 15.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED** as described above. The Clerk of Court is hereby authorized and directed to **TERMINATE** all pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 5th day of December, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA